IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| JAMES MONROE DAILEY, <br> GDC 1208631 <br><br> Plaintiff, <br><br> vs. <br><br> Lieutenant CARTER, et al., <br><br> Defendants. | Case No: 4:18-CV-0012-CDL-MSH |

**ORDER TO PRODUCE STATE PRISONER FOR FEDERAL PRETRIAL CONFERENCE**

TO: OFFENDER ADMINISTRATION/AGREEMENTS
 ATTENTION: SANDRA ABRAMS/JACKIE STEPHENS
 GEORGIA DEPARTMENT OF CORRECTIONS

YOU ARE HEREBY REQUESTED AND DIRECTED to produce state prisoner James Monroe Dailey GDC 1208631, presently incarcerated at Rutledge State Prison, 7175 Manor Road, Columbus, Georgia 31907-3109, in the above-styled case beginning at 2:00 pm on Friday, February 14, 2020 (and continuing until the conclusion of the hearing) before the undersigned at the United States Courthouse in Columbus, Georgia located at 120 12th Street, Columbus, Georgia 31902.

SO ORDERED, this 7th day of January, 2020.

s/Clay D. Land
CLAY D. LAND
CHIEF U.S. DISTRICT COURT JUDGE
MIDDLE DISTRICT OF GEORGIA